■ In the Matter of the Claim of SYLVIA PLAPINGER, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 8, 1975, which affirmed a decision of a referee sustaining, as modified, an initial determination of the Industrial Commissioner holding claimant eligible for benefits under subdivision 2 of section 527 of the Labor Law and denying benefits under the Special Unemployment Assistance Program. The record contains substantial evidentiary support for the finding of weeks worked during claimant's base period as a teacher under covered employment, thereby rendering her ineligible under the Special Unemployment Assistance Program (Matter of Swyer [Levine], 52 AD2d 707). Decision affirmed, without costs. Greenblott, J. P., Kane, Mahoney, Main and Reynolds, JJ., concur.

■ In the Matter of the Claim of LESTER CANNON, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 2, 1975, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner holding claimant ineligible to receive benefits effective July 14, 1975 because he was not available for employment. The record contains substantial evidence to support the board's finding that during the period of July 14, 1975 to October 15, 1975 the claimant failed to demonstrate that he made adequate efforts to obtain employment so as to be considered available for work. Accordingly, its determination must be sustained (Matter of Bennett [Catherwood], 33 AD2d 946). Claimant, in his brief, lists efforts made to obtain work in November and December, 1975. These efforts are not within the period in issue and cannot be considered on this appeal. Decision affirmed, without costs. Koreman, P. J., Greenblott, Sweeney, Main and Larkin, JJ., concur.

■ In the Matter of the Claim of IRVING SOLOMON, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 5, 1975, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner holding claimant ineligible to receive benefits because he was not available for employment. Availability for employment during a specific period is a factual question and thus the board's determination on this issue must be upheld if it is supported by substantial evidence (e.g. Matter of Herman [Catherwood], 25 AD2d 473). Here, the board could properly conclude on the instant record that following the loss of his employment as a machine cutter in New York City and move to Florida, claimant, aged 67, did not conduct a diligent search for employment. The board could determine that claimant's job seeking efforts were limited and repetitive and also unrealistic (Matter of Imperato [Levine], 50 AD2d 1014; Matter of Stupell [Levine], 47 AD2d 597). Decision affirmed, without costs. Greenblott, J. P., Kane, Larkin, Herlihy and Reynolds, JJ., concur.